The Honorable _____

```
04-CV-00957-CMP
```

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

APR 27 2004 PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTSON'S, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation;<br><br>Defendant. | NO. C04-957L<br><br>**COMPLAINT FOR CONVERSION** |

Plaintiff Albertson's, Inc., by its attorneys Ryan, Swanson & Cleveland, PLLC, complains and alleges as follows:

**PARTIES**

1. Albertson's, Inc. is a Delaware corporation doing business in King County, Washington.

2. United Parcel Service, Inc. is an Ohio corporation doing business in King County, Washington.

**JURISDICTION AND VENUE**

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because of the diversity of the parties and because the amount in controversy exceeds $75,000.

ORIGINAL

COMPLAINT FOR CONVERSION - 1

Ryan, Swanson & Cleveland, PLLC

379330.01

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because defendant is subject to personal jurisdiction in this district.

## FACTS

5. Plaintiff Albertson's, Inc. ("Albertson's") operates a distribution center in Portland, Oregon.

6. At this distribution center, Albertson's had ten boxes containing manufacturers' "cents off" coupons worth $132,587.02.

7. Each of the ten boxes had a large bright orange label on the outside, designating pick-up by Jet Delivery Service and delivery to Carolina Services in Del Rio Texas. The address for Carolina Services is in large letters. The Bill of Lading is for Jet Delivery Service to finish filling out and leave at the shipping office.

8. Defendant UPS wrongfully took the ten boxes of coupons from the Albertson's distribution center on October 16, 2003.

9. Albertson's never authorized UPS to take the boxes.

10. Despite Albertson's numerous demands, UPS has not returned the boxes to Albertson's nor has it delivered them to Carolina Services.

## CONVERSION

11. UPS committed conversion by wrongfully taking and misappropriating Albertson's boxes, which contained coupons worth $132,587.02.

12. Albertson's is entitled to a judgment against UPS for the value of the converted property, along with prejudgment interest at the statutory rate from the date of the conversion.

## PRAYER FOR RELIEF

WHEREFORE, having made the above allegations, plaintiff prays for relief as follows:

1. Judgment against UPS for damages of $132,587.02, which is the value of the property UPS took from Albertson's, together with statutory interest thereon from the date UPS took the boxes;

COMPLAINT FOR CONVERSION - 2

Ryan, Swanson & Cleveland, PLLC

379330.01

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

2. For judgment against UPS for plaintiff's costs and attorneys' fees incurred in this action as are allowable by law; and

3. For such other and further relief as the court may deem just and equitable.

DATED this 27 day of April, 2004.

RYAN, SWANSON & CLEVELAND, PLLC

By _____
Roger J. Kindley, WSBA #11875
Britenae Pierce, WSBA #34032
Attorneys for Plaintiff

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
kindley@ryanlaw.com
pierce@ryanlaw.com

COMPLAINT FOR CONVERSION - 3

Ryan, Swanson & Cleveland, PLLC

379330.01

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359